IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONALD WAYNE PILKERTON**                                **PLAINTIFF**

**v.**                 **CASE NO.: 5:06CV00163-JMM/BD**

**DAVID WHITE,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this __23__ day of April, 2007.

                                                _____
                                                UNITED STATES DISTRICT JUDGE